IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT VOGELSANG,

    Plaintiff,                             No. CIV S-09-2885 JAM GGH PS

    vs.

LAURA ZINE, et al.,

    Defendants.                            <u>ORDER</u>

            Defendants' motions to dismiss presently are calendared for hearing on January 28, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of and in opposition to the pending motions. See E.D. Cal. L.R. 78-230(h).

            Accordingly, IT IS ORDERED that:

            1. The January 28, 2010 hearing on the motions to dismiss, filed December 7, 23, 29, and 30, 2009, (dkt. #s 23, 25, 28, 29, and 31), is vacated; and

            2. The motions are submitted on the record.

DATED: January 26, 2010

                                                /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Vogelsang2885.vac.wpd

1