IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT M. VOGELSANG

      Plaintiff,                     No. 2:09-cv-02885 JAM KJN

    vs.

LAURA ZINE et al.,

      Defendants.             ORDER

_____/

      Presently before this court is defendant Vicki Bennett's application to proceed without payment of fees under 28 U.S.C. § 1915. (Dkt. Nos. 40, 43.) Because defendant is currently under no obligation to prepay any filing fees, the court DENIES her application for in forma pauperis status without prejudice.

DATED: April 29, 2010

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE